UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
ALLYSON COGLIANESE )       Case No. 13bk23775
)
)       Chapter 7
)
Debtor. )       Honorable Timothy A. Barnes
)

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO DAVID P. LEIBOWITZ ESQ & LAKELAW, ATTORNEYS FOR
CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES

TOTAL FEES REQUESTED: $ 2,137.50    TOTAL COSTS REQUESTED: $ 1.84
TOTAL FEES REDUCED: $ 155.00        TOTAL COSTS REDUCED: $ 0.00
TOTAL FEES ALLOWED: $ 2,070.00      TOTAL COSTS ALLOWED: $ 1.84

TOTAL FEES AND COSTS ALLOWED: $ 2,071.84

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)    Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 67.50

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(2)    Unauthorized Work – TOTAL of disallowed amounts $ 87.50

The Court denies the allowance of compensation for work done prior to the authorization of retention. *In re Spanjer Bros., Inc.*, 203 B.R. 85, 94 (Bankr. N.D. Ill. 1996) (Squires, J.) ("The Court will not retrospectively allow any of the time expended prior to the time of the authorized retention because to do so would be to reward any delay or tardiness in promptly seeking retention. To allow bootstrapping of objected to fees paid at the expense of unsecured creditors undermines the policy in favor of prompt application for retention by professionals who will be seeking compensation from the bankruptcy estate. *See generally* 11 U.S.C. § 327 (prerequisite to the allowance of any fees or expenses that professional be employed); *In re Peoples Sav. Corp.*, 114 B.R. 151, 154 (Bankr.N.D.Ill.1990) ('In the absence of a court order approving the Applicant's employment, there is no statutory basis upon which the Court can make a fee award.')").

In this case, the order Authorizing retention has an effective date of September 30, 2013. However, counsel seeks compensation for two time entries prior to that date.

Dated: February 24, 2015

_____

Timothy A. Barnes
United States Bankruptcy Judge

Exhibit A

| PHASE | BILL DATE | STAFF | DESCRIPTION | RATE | DURATION | TOTAL |
|---|---|---|---|---|---|---|
| 1.01 (2) Unauthorized Work | 08/16/13 | THOMAS | PREPARE CORRESPONDENCE TO DEBTOR'S ATTORNEY REQUESTING STATEMENTS FOR INVESCO ACCOUNT. | $175.00 | 0.20 | $35.00 |
| 1.01 (2) Unauthorized Work | 08/19/13 | THOMAS | RECEIVE AND REVIEW EMAIL FROM MARK TILLMAN; ANALYZE COPIES OF BANK STATEMENTS. | $175.00 | 0.30 | $52.50 |
| 1.01 | 10/03/13 | THOMAS | RECEIVE, REVIEW, AND RESPOND TO EMAIL FROM MARK TILLMAN REGARDING APPEARANCE AT 10/15/2013 341 MEETING. | $175.00 | 0.20 | $35.00 |
| **1.01 Total** | | | | | 0.70 | $122.50 |
| 1.05 (1) Lumping | 10/22/14 | GREEN | REVIEW JUDGE'S WEBPAGE PROCEDURES FOR OBJECTIONS TO CLAIMS, INCLUDING SERVICE PER RULE 7004 AND EVIDENTIARY BURDENS; PREPARE DRAFT OF OBJECTION TO SECURED CLAIM RE VEHICLE. | $450.00 | 0.90 | $405.00 |
| 1.05 (1) Lumping | 10/26/14 | GREEN | REVIEW, REVISE, AND PROOF OBJECTION TO SECURED CLAIM RE VEHICLE; PREPARE EMAIL TO A. THOMAS AND ARRANGE FOR FILING AND SERVICE. | $450.00 | 0.20 | $90.00 |
| 1.05 | 10/27/14 | THOMAS | PREPARE DOCUMENT FOR FILING, E-FILE, AND SERVE OBJECTION TO CLAIM OF FORD MOTOR. | $175.00 | 0.50 | $87.50 |
| 1.05 | 12/02/14 | STORER | ATTEND COURT RE OBJECTION TO SECURED CLAIM OF FORD MOTOR CREDIT CO. | $325.00 | 0.40 | $130.00 |
| **1.05 Total** | | | | | 2.00 | $712.50 |
| 1.07 | 10/24/13 | THOMAS | PREPARE DRAFT OF MOTION TO EMPLOY LAKELAW. | $175.00 | 0.60 | $105.00 |
| 1.07 (1) Lumping | 10/25/13 | GREEN | REVIEW AND REVISE MOTION TO EMPLOY LAKELAW, TOGETHER WITH AFFIDAVIT, NOTICE, AND DRAFT ORDER; PREPARE EMAIL TO A. THOMAS AND ARRANGE FOR FILING AND SERVICE. | $450.00 | 0.40 | $180.00 |
| 1.07 | 10/25/13 | THOMAS | PREPARE DOCUMENT FOR FILING, E-FILE, AND SERVE MOTION TO EMPLOY. | $175.00 | 0.30 | $52.50 |
| 1.07 | 11/06/13 | STORER | ATTEND COURT RE: MOTION TO EMPLOY LAKELAW. | $325.00 | 0.40 | $130.00 |
| 1.07 | 12/11/14 | THOMAS | PREPARE DRAFT OF LAKELAW'S FEE APPLICATION. | $175.00 | 0.80 | $140.00 |
| 1.07 | 12/12/14 | GREEN | REVIEW AND REVISE LAKELAW'S FEE APPLICATION. | $450.00 | 0.40 | $180.00 |
| **1.07 Total** | | | | | 2.90 | $787.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1.10 | 09/30/13 | THOMAS | PREPARE DOCUMENT FOR FILING, E-FILE, AND SERVE MOTION TO EXTEND TIME TO OBJECT TO EXEMPTIONS AND DISCHARGE. | $175.00 | 0.30 | $52.50 |
| 1.10 | 09/30/13 | THOMAS | PREPARE DRAFT OF MOTION TO EXTEND TIME TO OBJECT TO EXEMPTIONS AND DISCHARGE. | $175.00 | 0.40 | $70.00 |
| 1.10 | 09/30/13 | ZUNIGA | REVIEW AND REVISE MOTION TO EXTEND TIME TO OBJECT TO EXEMPTIONS AND DISCHARGE. | $325.00 | 0.60 | $195.00 |
| 1.10 | 10/03/13 | THOMAS | RECEIVE, REVIEW, AND RESPOND TO EMAIL FROM MARK TILLMAN REGARDING AMOUNT REQUIRED FOR TURNOVER TO TRUSTEE. | $175.00 | 0.20 | $35.00 |
| 1.10 | 10/15/13 | STORER | REVIEW DOCKET; MOTION TO EXTEND TIME GRANTED WITHOUT HEARING. | $325.00 | 0.10 | $32.50 |
| 1.10 | 11/05/13 | BRAND | SPOKE WITH MS. COGLIANESE AND PREPARED CORRESPONDENCE REGARDING FUNDS TURNED OVER TO THE OFFICE. | $375.00 | 0.30 | $112.50 |
| 1.10 | 11/05/13 | THOMAS | CONFERENCE WITH J. BRAND REGARDING FUNDS TENDERED AT OFFICE. | $175.00 | 0.10 | $17.50 |

| | | |
|---|---|---|
| **1.10 Total** | 2.00 | $515.00 |
| **Grand Total** | 7.60 | $2,137.50 |