**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-23775-TAB |
| | § | |
| ALLYSON COGLIANESE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $16,000.00 | Assets Exempt: | $6,900.00 |
| Total Distributions to Claimants: | $3,963.10 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $3,749.90 | | |

3)   Total gross receipts of $7,713.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,713.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $20,635.00 | $19,757.70 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,817.40 | $3,749.90 | $3,749.90 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $37,665.00 | $27,177.02 | $27,177.02 | $3,963.10 |
| **Total Disbursements** | $58,300.00 | $50,752.12 | $30,926.92 | $7,713.00 |

4). This case was originally filed under chapter 7 on 06/07/2013. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2016                                           By:   /s/ David P. Leibowitz
                                                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Mutual Fund - Invesco | 1129-000 | $7,713.00 |
| **TOTAL GROSS RECEIPTS** | | $7,713.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4210-000 | $20,635.00 | $19,757.70 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $20,635.00 | $19,757.70 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,521.30 | $1,521.30 | $1,521.30 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.08 | $2.08 | $2.08 |
| Green Bank | 2600-000 | NA | $154.68 | $154.68 | $154.68 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,137.50 | $2,070.00 | $2,070.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $1.84 | $1.84 | $1.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,817.40 | $3,749.90 | $3,749.90 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |

UST Form 101-7-TDR (10/1/2010)

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 2 | eCAST Settlement Corporation, assignee | 7100-900 | $26,296.00 | $27,177.02 | $27,177.02 | $3,963.10 |
| | Bank of America | 7100-900 | $11,369.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $37,665.00 | $27,177.02 | $27,177.02 | $3,963.10 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

Exhibit 8

| Case No.: | 13-23775-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | COGLIANESE, ALLYSON | Date Filed (f) or Converted (c): | 06/07/2013 (f) |
| For the Period Ending: | 3/31/2016 | §341(a) Meeting Date: | 07/31/2013 |
| | | Claims Bar Date: | 12/30/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | Chase Bank Checking Account | $1,083.86 | $0.00 | | $0.00 | FA |
| 2 | Mutual Fund - Invesco | $7,713.14 | $7,713.14 | | $7,713.00 | FA |
| 3 | Living, Bedroom, Kitchen Sets; Computer, Television, Chairs, Lamp | $400.00 | $400.00 | | $0.00 | FA |
| 4 | Necessary Wearing Apparel | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Wedding Band/Engagement Ring | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 6 | Pension/Deferred Compensation (Market Value Unknown) | $0.00 | $0.00 | | $0.00 | FA |
| 7 | 2012 Ford Escape | $17,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$27,697.00        $9,113.14        $7,713.00        $0.00

**Major Activities affecting case closing:**

| 06/30/2015 | TDR to be prepared |
|---|---|
| 06/30/2015 | TDR to be prepared |
| 06/30/2015 | Order Granting Application For Compensation (Related Doc # 41). David P Leibowitz, fees awarded: $1521.30, expenses awarded: $2.08. Signed on 2/24/2015.  TDR submitted to UST on 7/15/15 |
| 12/30/2014 | Prepared Lakelaw Fee Application for Trustee's Review |
| 12/15/2014 | Ford Motor Credit claims is disallowed |
| 09/25/2014 | Determine whether to object to Claim #1 |
| 09/25/2014 | Ford Motor Credit Company to withdraw its proof of claim prior to filing TFR |
| 10/31/2013 | Debtor to withdraw funds of $7718.00 and send certified |
| 09/27/2013 | Prepared Motion to Extend |
| 09/26/2013 | Schedule B and C amended to account for invesco account.  Non-exempt. Non Exempt Equity of $7713.00 |
| 07/31/2013 | Need statements pertaining to investment account bank account Amended Schedule C Continue to August 15, 2013 |

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | | DAVID LEIBOWITZ |

FORM 2
Page No: 1
Exhibit 9
Case 13-23775 Doc 47 Filed 04/08/16 Entered 04/08/16 09:43:32 Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document Page 6 of 7

| Case No. | 13-23775-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | COGLIANESE, ALLYSON | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4238 | Checking Acct #: | ******7501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/7/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/06/2013 | (2) | Allyson Coglianese | Non exempt equity in Investment account. | 1129-000 | $7,713.00 | | $7,713.00 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.03 | $7,702.97 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $12.02 | $7,690.95 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.21 | $7,677.74 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.19 | $7,666.55 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.57 | $7,654.98 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.95 | $7,643.03 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $12.73 | $7,630.30 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.51 | $7,618.79 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $12.29 | $7,606.50 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $12.67 | $7,593.83 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.46 | $7,582.37 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.02 | $7,569.35 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.03 | $7,558.32 |
| 02/27/2015 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,521.30 | $6,037.02 |
| 02/27/2015 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.08 | $6,034.94 |
| 02/27/2015 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 1.84; Amount Allowed: 1.84; Distribution Dividend: 100.00; | 3120-000 | | $1.84 | $6,033.10 |
| 02/27/2015 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 2,137.50; Amount Allowed: 2,070.00; Distribution Dividend: 100.00; | 3110-000 | | $2,070.00 | $3,963.10 |
| 02/27/2015 | 3005 | eCAST Settlement Corporation, assignee | Claim #: 2; Amount Claimed: 27,177.02; Amount Allowed: 27,177.02; Distribution Dividend: 14.58; | 7100-900 | | $3,963.10 | $0.00 |
| | | | **TOTALS:** | | $7,713.00 | $7,713.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $7,713.00 | $7,713.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $7,713.00 | $7,713.00 | |

| For the period of 6/7/2013 to 3/31/2016 | | For the entire history of the account between 11/06/2013 to 3/31/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,713.00 | Total Compensable Receipts: | $7,713.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,713.00 | Total Comp/Non Comp Receipts: | $7,713.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $7,713.00 | Total Compensable Disbursements: | $7,713.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,713.00 | Total Comp/Non Comp Disbursements: | $7,713.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-23775-TAB | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | COGLIANESE, ALLYSON | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4238 | | Checking Acct #: | ******7501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/7/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $7,713.00 | $7,713.00 | $0.00 |

| **For the period of 6/7/2013 to 3/31/2016** | | **For the entire history of the case between 06/07/2013 to 3/31/2016** | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $7,713.00 | Total Compensable Receipts: | $7,713.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,713.00 | Total Comp/Non Comp Receipts: | $7,713.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $7,713.00 | Total Compensable Disbursements: | $7,713.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,713.00 | Total Comp/Non Comp Disbursements: | $7,713.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |